**Electronically Filed
Intermediate Court of Appeals
30387
02-MAR-2011
08:39 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

IN THE INTEREST OF TW

NO. 30387

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 08-11821)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Opinion, filed on January 31, 2011, is hereby corrected as follows:

1.  On page 2, in the fourth line after the heading "I.  BACKGROUND," the word "admitting" should be replaced with the word "admitted" so that as corrected, the text reads:  "that Mother admitted leaving Child . . . ."

2.  On page 2, in the second line of footnote 2, the word "was" should be replaced with the word "were" so that as corrected, the text reads:  "and date of birth were listed . . . ."

_____

[1/] Nakamura, Chief Judge, and Foley and Fujise, JJ.

3.    On page 5, in the twenty-first line, the word "court" should be inserted between the words "family" and "granted" so that as corrected, the text reads: "The family court granted . . . ."

4.    On page 6, in the first line, the word "the" should be inserted between the words "that" and "DHS" so that as corrected the text reads:  "that the DHS would . . . ."

5.    On page 7, in the thirteenth line, the word "the" should be inserted between the words "that" and "family" so that as corrected, the text reads:  "that the family . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, March 2, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge